**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X

GARY GILLARD,

                                   Plaintiff,

                  - against -

KAR AUCTION SERVICES INC. and ADESA, INC.,

                                Defendants.

---------------------------------------------------------------------------X

Case No. 21-cv-04856 (JS)(LGD)

**Fed. R. Civ. P. 41(a)(1)(ii)** <u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

    **IT IS HEREBY STIPULATED**, by and between the Plaintiff, Defendants, and ADESA New York, LLC, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice and without costs or fees to either party.

Dated: New York, New York
       August 19, 2022

PHILLIPS & ASSOCIATES, PLLC

By: *Cathryn Harris-Marchesi*
    Cathryn Harris-Marchesi, Esq.
    *Attorney for Plaintiff*
    585 Stewart Avenue, Suite 410
    Garden City, NY 11530
    Tel: (212) 248-7431
    charris-marchesi@tpglaws.com

Dated: New York, New York
       August 22, 2022

LITTLER MENDELSON, P.C.

By: _____
    Jacqueline Phipps Polito, Esq.
    *Attorney for Defendants and ADESA New York, LLC*
    375 Woodcliff Drive, Suite 2D
    Fairport, NY 14450
    Tel: (585) 203-3400
    jpolito@littler.com

SO-ORDERED:

_____
/s/ JOANNA SEYBERT
THE HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

August 31, 2022
_____
Date

The Clerk of Court is directed to mark this case CLOSED.